54 P.3d 921

# SUPREME COURT OF HAWAI'I

Kimball v. Raike ................. 20928     09/20/2002  Granted
Teller v. Teller .................. 22440     09/19/2002  Denied

Hamamoto Corp. v. International
  Sav. and Loan Ass'n ........... 23295     08/02/2002  Granted     98 Hawai'i 512,
                                                                     51 P.3d 379
Stallworth v. Boren ............. 23515     09/23/2002  Denied